UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| HELEN BAKER, | ) | |
| Plaintiff, | ) ) ) | Civil No: 11-289-GFVT |
| V. | ) ) | |
| NATIONAL CREDIT SOLUTIONS, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court has been advised that Plaintiff Helen Baker voluntarily dismisses her claims with prejudice against Defendant National Credit Solutions.

Accordingly, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE DOCKET**.

This 21st day of May, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge